

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

August 12, 2021

**By Email**

The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**Re:** *United States v. John Incatasciato*, **21 Mag. 7736**

Dear Judge Davison,

      In light of the arrests of the defendant John Incatasciato in the above-titled matter, the Government respectfully requests that the complaint be unsealed.

So ordered 8/12/21

*[signature]*

Respectfully submitted,

AUDREY STRAUSS
United States Attorney
Southern District of New York

By: _____*[signature]*_____
    Jennifer N. Ong
    Assistant Unites States Attorney
    (914) 993-1962